UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Moses Keon Williams,

    Plaintiff,

v.                                           Case No. 21-11631

Charles Jamsen, *et al.*,               Sean F. Cox
                                                   United States District Court Judge

    Defendants.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

      This civil rights case under 42 U.S.C. § 1983. All pretrial matters were referred to Magistrate Judge Kimberly G. Altman, including the issuance of a Report and Recommendation of dispositive matters pursuant to U.S.C. § 636(b)(1)(B). (ECF No. 14).

      In a Report and Recommendation (ECF No. 35) issued on May 24, 2022, the magistrate judge recommends that the Court grant Defendant Sirena Landfair's motion to dismiss (ECF No. 22) on the grounds that Plaintiff has failed to state a viable claim against her. The magistrate judge notes that the case would then continue against Defendants Charles Jamsen and Natalia Stokely. (ECF No. 35, at PageID 235).

      The time permitted for the parties to file objections to that Report and Recommendation has passed and no objections were filed.

      Therefore, the Court hereby ADOPTS the May 24, 2022 Report and Recommendation (ECF No. 35), GRANTS Defendant Sirena Landfair's motion to dismiss (ECF No. 22), and

DISMISSES Sirena Landfair as a defendant this action.

    IT IS SO ORDERED.

                                              s/Sean F. Cox
                                              Sean F. Cox
                                              United States District Judge

Dated: June 23, 2022