UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOSES KEON WILLIAMS,

    Plaintiff,
v.

CHARLES JAMSEN, *et al.*,

    Defendants.
_____ /

Case No. 21-11631

F. Kay Behm
United States District Judge

## ORDER GRANTING PLAINTIFF'S MOTION TO APPOINT COUNSEL AND STAYING PROCEEDINGS (Dkt. 57)

Plaintiff has filed a pro se prisoner civil rights complaint pursuant to 42 U.S.C. § 1983, as well as a motion to appoint counsel. (Dkt. 57). The motion to appoint counsel is **GRANTED**, and the Court will endeavor to obtain pro bono counsel for plaintiff.

In addition, further proceedings in this case are **STAYED** for 90 days pending appointment of counsel.

**IT IS SO ORDERED**.

                                          s/F. Kay Behm
                                          F. Kay Behm
                                          United States District Judge

Dated: March 2, 2023

1