UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOSES KEON WILLIAMS,   Case No. 21-11631

    Plaintiff,   Hon. F. Kay Behm
v.   United States District Judge

CHARLES JAMSEN and   Hon. Kimberly G. Altman
NATALIA STOKELY-HAMDAN,   U.S. Magistrate Judge

    Defendants.
_____ /

**ORDER ADJOURNING HEARING ON DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT (ECF No. 87)**

In light of the notice in Defendant's reply brief that the United States Bankruptcy Court for the Southern District of Texas is currently considering a motion that may address some or all of the issues presented in the motion for summary judgment (Case No. 23-90086, Docket Nos. 2160, 2178), and considering that hearing was recently held on that motion on July 2, 2025 (*see* Docket No. 2332), the court adjourns hearing on Defendant's Motion (ECF No. 87) pending resolution of the motions (Docket Nos. 2160 and 2178) before the bankruptcy court.  Within 14 days of the bankruptcy court's resolution of either the motion at Docket No. 2160 or 2178, the parties shall file a

1

supplemental brief, no longer than 10 pages, which shall address how or whether that order bears on the merits of the issues presented in Defendant's motion in this case.

**SO ORDERED**.

Date: July 10, 2025                                   s/F. Kay Behm
                                                      F. Kay Behm
                                                      United States District Judge